No. 01–10442. FRAZIER v. BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–10443. HARRIS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–10444. NICHOLSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–10445. PIPPIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–10448. PEREZ v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–10450. LEWIS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–10452. MORRIS v. MEYERS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10454. ANGEVINE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10459. DAVIS v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10462. ROLLINS v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10465. PARMAR v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 01–10468. DANIELS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10470. SEAGER v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 01–10471. RANDOLPH v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 01–10473. CARRICO v. WADDINGTON, WARDEN. C. A. 9th Cir. Certiorari denied.